IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**KENNETH WILSON, #103498**                                          **PETITIONER**

**VERSUS**                                          **CIVIL ACTION NO. 2:07-cv-128-KS-MTP**

**CHUCK ABRAM**                                                       **RESPONDENT**

ORDER

Upon consideration of the petition filed pursuant to 28 U.S.C. § 2254 by the Petitioner in the above entitled action, the Court notes that Petitioner failed to file an application to proceed in forma pauperis or submit the $5.00 filing fee.  Accordingly, it is hereby

ORDERED:

1. That within twenty (20) days of the date of this order, Petitioner shall file a completed application for leave to proceed in forma pauperis (attached) or pay the $5.00 filing fee.

2. **That Petitioner is warned that his failure to timely comply with the requirements of this order may lead to the dismissal of his petition.**

3. The Clerk shall mail the attached in forma pauperis application to the Petitioner at his last known address.

THIS, the 21st day of June, 2007.

                                                  s/Michael T. Parker
                                             UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
_____ DIVISION

                                                                                       Petitioner

v.                                                 CIVIL ACTION NO. _____

                                                                                       Respondent

## MOTION TO PROCEED *IN FORMA PAUPERIS*

      I, _____, declare that I am the petitioner in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of said proceedings or give security therefor; that I believe I am entitled to the relief.

Signed: _____      Date: _____

## AFFIDAVIT IN SUPPORT OF MOTION

      In support of this motion, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?                                ____ Yes    ___ No
      If "yes" state the place of your incarceration _____

2.    Are you presently employed (at the institution or otherwise)?    ____ Yes    ___ No
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. _____
       _____

    b. If the answer is "no," state the date of the last employment and the amount of the salary and wages per month which you received._____
       _____

3. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?    ____ Yes    ____ No
   b. Rent payments, interest or dividends?    ____ Yes    ____ No
   c. Pensions, annuities or life insurance payments?    ____ Yes    ____ No
   d. Gifts or inheritances?    ____ Yes    ____ No
   e. Any other sources?    ____ Yes    ____ No
   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _____
   _____
   _____.

4. Do you own cash, or do you have money in a checking or savings account?
   ____ Yes    ____ No (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned._____
   _____
   _____

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    ____ Yes    ____ No
   If the answer is "yes," describe the property and state its approximate value. _____
   _____
   _____

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   _____
   _____
   _____

   I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

   Executed on _____           _____
                        Date                                    Signature of Petitioner

## Certificate

I hereby certify that the petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ institution:_____.


_____                                   _____
         Date                                                    Authorized Officer of Institution